

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>KRISTOPHER NATHAN BOUTIN,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>01757<br>2:19-MJ-~~01715~~-DUTY<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>May 3</u>, <u>2019</u>, at <u>2:00</u> ☐a.m. / ☒p.m. before the Honorable <u>JOHN D. EARLY</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: May 2, 2019

JOHN D. EARLY
U.S. Magistrate Judge